**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| PAM MCLAURIN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 9:09CV178 |
| v. | § | |
| | § | |
| TEXAS EDUCATION AGENCY; | § | JUDGE RON CLARK |
| COMMISSIONER ROBERT SCOTT; | § | |
| TEXAS STATE BOARD OF EDUCATOR | § | |
| CERTIFICATION; and ASSOC. | § | |
| COMMISSIONER JEREL BOOKER, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## FINAL JUDGMENT

This final judgment is entered pursuant to Federal Rule of Civil Procedure 58 and this court's Order Granting Defendants' Motion for Summary Judgment [Doc. #27], signed on January 22, 2010.

It is hereby **ORDERED** that Plaintiff Pam McLaurin shall take nothing of and from her claims against Defendants Texas Education Agency, Commissioner Robert Scott, Texas State Board of Educator Certification, and Associate Commissioner Jerel Booker. Costs are taxed to Plaintiff. It is further **ORDERED** that all relief not specifically granted herein is **DENIED**. All pending motions not previously ruled on are **DENIED**. This is a final judgment and is appealable.

So **ORDERED** and **SIGNED** this **25** day of **January, 2010.**

_____
Ron Clark, United States District Judge